Case 1:26-cv-05857-CM Document 54 Filed 09/24/26 Page 1 of 2

FISHERBROYLES®
A LIMITED LIABILITY PARTNERSHIP

**John R. Oh, Esq., Partner**
445 Park Avenue, Ninth Floor
New York, New York 10022
Mailing Address:
55 Union Place, #336
Summit, New Jersey 07901
Tel. (646) 239-9204
Fax (800) 820-5925
Email: john.oh@fisherbroyles.com
www.FisherBroyles.com

SDNY
UMENT
CTRONICALLY FILED
C #:
TE FILED: 9/24/2026

September 24, 2026

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

OK
Colleen McMahon
9/24/2026

**Re:** ***Bellesa Enterprises Inc. v. LH TOPCO S.À.R.L., et al.***
**Civil Action No. 1:26-cv-05857 (CM) (OTW)**

Dear Judge McMahon:

This office represents Plaintiff Bellesa Enterprises Inc. in the above-referenced matter. Pursuant to Your Honor's Individual Practices and Rules, Plaintiff respectfully submits this letter-motion to request a 10-day extension of time, up to and including October 12, 2026, to file its opposition to the Defendants' pending motion to dismiss on *forum non conveniens* grounds.

Defendants' motion to dismiss was filed on September 18, 2026 and Plaintiff's opposition is currently due on October 2, 2026. This is Plaintiff's first request for an extension of this deadline and defense counsel, copied here, has consented to the requested extension.

The requested extension is necessary to allow Plaintiff sufficient time to address the issues raised in Defendants' motion, including the factual and legal issues relating to the *forum non conveniens* analysis. Notably, Defendants in their motion raise issues of Canadian law for which we will need to obtain an opinion from Canadian counsel in order to prepare Plaintiff's opposition papers. This is a limited request made in good faith and not for purposes of delay. The requested extension will not materially prejudice Defendants, nor will it adversely impact the progress of this litigation.

Case 1:26-cv-05857-CM Document 54 Filed 09/24/26 Page 2 of 2



We thank the Court for its time and consideration of this request.

Respectfully submitted,

John R. Oh, Esq. (JO 7530)

cc: Hon. Ona T. Wang, U.S.M.J.
Tammy Terry, Esq.
Alistair J. Warr, Esq.